### THOMPSON v. SCHWARTZ.

(Supreme Court, Appellate Division, First Department. April 14, 1899.)

APPEAL FROM SHORT DECISION—NECESSITY OF EXCEPTIONS.
> Since Code Civ. Proc. § 1022, requires a general exception to a short decision, not stating separately the facts found, rendered under that section, such a judgment, to which no exception was taken, must be affirmed.

Appeal from special term, New York county.

Action by Amelia Thompson against Jacob Schwartz. Judgment for plaintiff, and defendant appeals. Affirmed.

Argued before VAN BRUNT, P. J., and McLAUGHLIN, PATTERSON, O'BRIEN, and INGRAHAM, JJ.

Norman A. Lawlor, for appellant.
George H. Pettit, for respondent.

PER CURIAM. The case was tried before the court without a jury. The trial judge filed a short decision, under section 1022 of the Code of Civil Procedure, which directed a judgment in favor of the plaintiff. To that decision the defendant filed no exception, but simply appealed from the judgment. By section 1022 of the Code, in the event of a decision being filed under that section, not stating separately the facts found, a general exception is necessary, to review a judgment entered upon such decision, in the absence of which there is nothing for this court to review.

It follows that the judgment should be affirmed, with costs.